UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Hiram Luis Ducasse, Jr., | Case No. 22-cv-2565 (WMW/JFD) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Warden LeJune, | |
| Respondent. | |

---

Before the Court is the January 13, 2023 Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty. (Dkt. 7.) The R&R recommends that Petitioner Hiram Luis Ducasse, Jr.'s Petition for a Writ of Habeas Corpus be dismissed without prejudice for failure to prosecute. Ducasse did not file objections to the R&R and the time to do so has passed.

In the absence of timely objections to the R&R, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 13, 2023 Report and Recommendation, (Dkt. 7), is **ADOPTED**.

2

2. Petitioner Hiram Luis Ducasse, Jr.'s, petition for writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 23, 2023                                   s/Wilhelmina M. Wright
                                                          Wilhelmina M. Wright
                                                          United States District Judge